**Fill in this information to identify the case:**

Debtor name    **Creative Foods, LLC a New Mexico Limited Liability Company**

United States Bankruptcy Court for the:   DISTRICT OF NEW MEXICO

Case number (if known)   **18-12823**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 18, 2018**     X **/s/ Robert Stacy Williams**
                                        Signature of individual signing on behalf of debtor

                                        **Robert Stacy Williams**
                                        Printed name

                                        **Chief Operating Officer**
                                        Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | **Creative Foods, LLC a New Mexico Limited Liability Company** |
|---|---|
| United States Bankruptcy Court for the: | **DISTRICT OF NEW MEXICO** |
| Case number (if known): | **18-12823** |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **4400 Bass Pro Drive LLC**<br>**4881 Bass Pro Drive**<br>**Garland, TX** | | **Business Expense** | **Contingent Unliquidated** | | | **$27,493.40** |
| **Admiral Linen and Uniform Service**<br>**1340 East Berry St**<br>**Fort Worth, TX 76119** | | **Business Expense** | **Contingent Unliquidated** | | | **$23,631.48** |
| **Alsco**<br>**2641 S Leavitt St**<br>**Chicago, IL 60608** | | **Pending litigation.** | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$25,000.00** |
| **Arlington Utilities**<br>**PO Box 90020**<br>**Arlington, TX 76004-3020** | | **Business Expense** | **Contingent Unliquidated Subject to Setoff** | | | **$7,275.01** |
| **Beyer Plumbing Co Ltd**<br>**4711 Broom St**<br>**San Antonio, TX 78217** | | **Business Expense** | **Contingent Unliquidated** | | | **$10,952.00** |
| **Brixmor Corp**<br>**One Fayette Street #150**<br>**Conshohocken, PA 19428** | | **Business Expense. Landlord Crestwood. Potential claim for future rent.** | **Contingent Unliquidated Subject to Setoff** | | | **$330,000.00** |
| **Capview Partners**<br>**5910 N Central Expy Suite 4400**<br>**Dallas, TX 75230** | | **Lease for Austin Texas location. Business Expense. Potential claim for future rent.** | **Contingent Unliquidated Subject to Setoff** | | | **$270,000.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Carroll Family Investments 2340 W. Interstate 20, Suite 100 Arlington, TX 76017** | | **Lease for Arlington Texas location. Business Expense. Potential claim for future rent.** | **Contingent Unliquidated Subject to Setoff** | | | $412,000.00 |
| **Cawoods Produce 2311 W Rundberg Ln #120 Austin, TX 78758** | | **Business Expense** | **Contingent Unliquidated** | | | $7,301.03 |
| **City of Austin-Elec PO Box 2267 Austin, TX 78783-2267** | | **Business Expense** | **Contingent Unliquidated** | | | $9,700.95 |
| **Debbie Garey c/o Julie O. Herrera 53 W. Jackson, Suite 1615 Chicago, IL 60604** | | **Age Discrimination Law Suit** | **Contingent Unliquidated Disputed Subject to Setoff** | | | $50,000.00 |
| **Floresta Properties 401 Congress Avenue, Suite 2200 Austin, TX 78701** | | **Lease for Austin Texas location. Business Expense. Potential claim for future rent.** | **Contingent Unliquidated Subject to Setoff** | | | $280,000.00 |
| **Freshpoint Oklahoma City 3100 N I-35 Service Road Oklahoma City, OK 73111** | | **Business Expense** | **Contingent Unliquidated** | | | $7,150.40 |
| **Granite Communications 400 S. Australian Avenue, Suite 200 West Palm Beach, FL 33401** | | **Business Expense** | **Contingent Unliquidated** | | | $10,432.23 |
| **Linque Management One Meadowlands Plaza, Ste 803 East Rutherford, NJ 07073** | | **Landlord Garland. Business Expense. Potential Claim for future rent.** | **Contingent Unliquidated Subject to Setoff** | | | $200,000.00 |
| **Midwest LAC Investment Co 100 Prairie Dunes Drive, Suite 200 Branson, MO 65616** | | **Business Expense. Landlord Branson. Potential Claim for Future Rent.** | **Contingent Unliquidated Subject to Setoff** | | | $400,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NuCO2**<br>**PO Box 417902**<br>**Boston, MA**<br>**02241-7902** | | **Business Expense** | **Contingent**<br>**Unliquidated** | | | **$12,000.00** |
| **Patterson Foods**<br>**8905 Forum Way**<br>**Fort Worth, TX**<br>**76140-5018** | | **Business Expense** | **Contingent**<br>**Unliquidated** | | | **$19,416.86** |
| **TKG Management**<br>**211 N. Stadium**<br>**Blvd., Suite 201**<br>**Columbia, MO 65203** | | **Business Expense. Landlord Owasso. Potential claim for future rent.** | **Contingent**<br>**Unliquidated**<br>**Subject to**<br>**Setoff** | | | **$210,000.00** |
| **Windstream**<br>**PO Box 9001013**<br>**Louisville, KY**<br>**40290-1013** | | **Business Expense** | **Contingent**<br>**Unliquidated** | | | **$17,111.15** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor name  **Creative Foods, LLC a New Mexico Limited Liability Company**

United States Bankruptcy Court for the:  DISTRICT OF NEW MEXICO

Case number (if known)  **18-12823**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $     **140,519.11**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $     **140,519.11**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $     **122,541.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$     **2,450,108.00**

4.  Total liabilities ...............................................................................................
    Lines 2 + 3a + 3b      $     **2,572,649.00**

| Fill in this information to identify the case: |
| --- |

| Debtor name | **Creative Foods, LLC a New Mexico Limited Liability Company** |
| --- | --- |
| United States Bankruptcy Court for the: | DISTRICT OF NEW MEXICO |
| Case number (if known) | **18-12823** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of America** | **DIP** | **6882** | **$519.11** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $519.11 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                          % of ownership

| | Name of entity | % of ownership | | Current value |
|---|---|---|---|---|
| 15.1. | Creative Foods, LLC, Arlington - Texas Land and Cattle, Austin, TX | 100 | % | $20,000.00 |
| 15.2. | Creative Foods, LLC, Branson - Texas Land and Cattle, Branson, MO | 100 | % | $20,000.00 |
| 15.3. | Creative Foods, LLC, Crestwood - Texas Land and Cattle, Austin, TX | 100 | % | $20,000.00 |
| 15.4. | Creative Foods, LLC, Garland - Texas Land and Cattle, Austin, TX | 100 | % | $20,000.00 |
| 15.5. | Creative Foods, LLC, Lakeline - Texas Land and Cattle, Austin, TX | 100 | % | $20,000.00 |
| 15.6. | Creative Foods, LLC, Owasso - Texas Land and Cattle, Austin, TX | 100 | % | $20,000.00 |
| 15.7. | Creative Foods, LLC, Stassney - Texas Land and Cattle, Austin, TX | 100 | % | $20,000.00 |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.** **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

$140,000.00

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>**Creative Foods, LLC - trademark** | **$0.00** | | **$0.00** |
| 61. **Internet domain names and websites**<br>**creativefoodsusa.com** | **$0.00** | | **$0.00** |

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**

| | |
|---|---|
| Add lines 60 through 65. Copy the total to line 89. | **$0.00** |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $519.11 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $140,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $140,519.11 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $140,519.11 |

Fill in this information to identify the case:

Debtor name **Creative Foods, LLC a New Mexico Limited Liability Company**

United States Bankruptcy Court for the: DISTRICT OF NEW MEXICO

Case number (if known) **18-12823**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Coca-Cola** | | | |
|---|---|---|---|---|

| **Coca-Cola** | Describe debtor's property that is subject to a lien | $105,000.00 | Unknown |
|---|---|---|---|
| Creditor's Name | **Coke Machines, Fountain machines in 7 restaurant.** | | |
| **1 Coca Cola Pl SE**<br>**Atlanta, GA 30313** | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ☐ No<br>■ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred**<br>**2018** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated<br>☐ Disputed | | |

| 2.2 | **Time Payment Corp.** | | | |
|---|---|---|---|---|

| **Time Payment Corp.** | Describe debtor's property that is subject to a lien | $17,541.00 | Unknown |
|---|---|---|---|
| Creditor's Name | **Business Expense - Dishwashers.** | | |
| **1600 District Avenue**<br>**Burlington, MA 01803** | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ■ No<br>☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred**<br>**2018** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Case 18-12823-t11     Doc 24     Filed 12/18/18     Entered 12/18/18 17:36:09 Page 11 of 42

| | Creative Foods, LLC a New Mexico Limited Liability | | Case number (*if know*) | **18-12823** |
|---|---|---|---|---|
| Debtor | **Company** | | | |
| | <sub>Name</sub> | | | |

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent

■ Unliquidated

☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  | $122,541.00

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                                  Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Creative Foods, LLC a New Mexico Limited Liability Company**

United States Bankruptcy Court for the: DISTRICT OF NEW MEXICO

Case number (if known) **18-12823**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**4400 Bass Pro Drive LLC**<br>**4881 Bass Pro Drive**<br>**Garland, TX**<br><br>Date(s) debt was incurred  **2018**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Expense**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$27,493.40** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**A and R Hood Cleaning**<br>**3107-F East Chestnut Expressway**<br>**Springfield, MO 65802**<br><br>Date(s) debt was incurred  **2018**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Expense**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$363.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Ace Hood Cleaning**<br>**4250 N Farm Road 141**<br>**Springfield, MO 65803**<br><br>Date(s) debt was incurred  **2018**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Expense**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$387.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Admiral Linen and Uniform Service**<br>**1340 East Berry St**<br>**Fort Worth, TX 76119**<br><br>Date(s) debt was incurred  **2018**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Expense**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$23,631.48** |

| Debtor | **Creative Foods, LLC a New Mexico Limited Liability Company** | Case number (if known) | **18-12823** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,784.15 |
| | **Advanced Business Design**<br>P.O. Box 37111<br>Albuquerque, NM 87176 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __Business Expense__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
| | **Air Capital & Refrigeration**<br>510 Lockwood St<br>San Marcos, TX 78666 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __Business Expense__ | |
| | Last 4 digits of account number __Multiple accounts__ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,139.69 |
| | **Aire Serv of Branson**<br>2461 State Hwy 165 Ste 100<br>Branson, MO 65616 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __Business Expense__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
| | **Alan D. Sian**<br>2722 Edinboro Dr<br>Arlington, TX 76012 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __Business Expense__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $326.75 |
| | **Alec C Plumbing LLC**<br>14717 Marsha Dr<br>Balch Springs, TX 75180 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __Business Expense__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,655.99 |
| | **Alsco**<br>2641 S Leavitt St<br>Chicago, IL 60608 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __Business Expense__ | |
| | Last 4 digits of account number __Multiple accounts__ | Is the claim subject to offset? ☐ No ■ Yes | |

| | | | |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
| | **Alsco**<br>2641 S Leavitt St<br>Chicago, IL 60608 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __2018__ | Basis for the claim: __Pending litigation.__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ■ Yes | |

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $901.10 |
|---|---|---|
| **American Chemical Systems**<br>PO Box 782647<br>Wichita, KS 67278 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2018** | | |
| Last 4 digits of account number  _ | Basis for the claim:  **Business Expense** | |
| | Is the claim subject to offset? ☑ No  ☐ Yes | |

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|
| **American Patriot Service Inc**<br>6831 E 57th Pl<br>Tulsa, OK 74145 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2018** | | |
| Last 4 digits of account number  _ | Basis for the claim:  **Business Expense** | |
| | Is the claim subject to offset? ☑ No  ☐ Yes | |

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $577.44 |
|---|---|---|
| **American Waste Control Inc**<br>PO Box 21054<br>Tulsa, OK 74121-1504 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2018** | | |
| Last 4 digits of account number  **Multiple accounts** | Basis for the claim:  **Business Expense** | |
| | Is the claim subject to offset? ☑ No  ☐ Yes | |

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207.64 |
|---|---|---|
| **American Welding & Gas Inc.**<br>620 N Cedarbrook Ave<br>Springfield, MO 65802 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2018** | | |
| Last 4 digits of account number  _ | Basis for the claim:  **Business Expense** | |
| | Is the claim subject to offset? ☑ No  ☐ Yes | |

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $801.44 |
|---|---|---|
| **Arctic Food Equipment**<br>1501 S Enterprise<br>Springfield, MO 65804 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2018** | | |
| Last 4 digits of account number  _ | Basis for the claim:  **Business Expense** | |
| | Is the claim subject to offset? ☑ No  ☐ Yes | |

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,275.01 |
|---|---|---|
| **Arlington Utilities**<br>PO Box 90020<br>Arlington, TX 76004-3020 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2018** | | |
| Last 4 digits of account number  _ | Basis for the claim:  **Business Expense** | |
| | Is the claim subject to offset? ☐ No  ☑ Yes | |

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $875.14 |
|---|---|---|
| **AT&T**<br>PO box 105414<br>Atlanta, GA 30348 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2018** | | |
| Last 4 digits of account number  _ | Basis for the claim:  **Business Expense** | |
| | Is the claim subject to offset? ☑ No  ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $571.76 |
|---|---|---|---|

**AT&T Internet**
PO Box 5014
Carol Stream, IL 60197-5014

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number **Multiple accounts**

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $412.00 |
|---|---|---|---|

**AT&T Phone**
PO Box 5001
Carol Stream, IL 60197-5001

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number **Multiple accounts**

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $782.16 |
|---|---|---|---|

**Atmos Engergy**
PO Box 790311
Saint Louis, MO 63179-0311

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number **Multiple accounts**

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,854.00 |
|---|---|---|---|

**Austin Industrial Refrigeration**
13200 Pond Springs Rd #D30
Austin, TX 78729

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700.00 |
|---|---|---|---|

**Austin Refrigeration LLC**
5114 Balcones Woods Dr Ste 307
Austin, TX 78759

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number **Multiple accounts**

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $563.55 |
|---|---|---|---|

**Auto-Chlor Services LLC**
16905 Joe Barbie Dr
Round Rock, TX 78664

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,047.66 |
|---|---|---|---|

**Auto-Chlor Services LLC**
PO Box 4869
Houston, TX 77210-4869

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number **Multiple accounts**

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,478.51 |
|---|---|---|---|

**Auto-Chlor System**
2295 S Mount Prospect Rd
Des Plaines, IL 60018

Date(s) debt was incurred **2018**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business Expense**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $632.79 |
|---|---|---|---|

**Beckett Electrical Services LLC**
PO Box 81381
Austin, TX 78708

Date(s) debt was incurred **2018**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business Expense**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,952.00 |
|---|---|---|---|

**Beyer Plumbing Co Ltd**
4711 Broom St
San Antonio, TX 78217

Date(s) debt was incurred **2018**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business Expense**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Branson Tourism Tax**
110 W Maddux Suite 200
Branson, MO 65616

Date(s) debt was incurred **2018**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business Expense**

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330,000.00 |
|---|---|---|---|

**Brixmor Corp**
One Fayette Street
#150
Conshohocken, PA 19428

Date(s) debt was incurred **2018**

Last 4 digits of account number **Multiple accounts**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business Expense. Landlord Crestwood. Potential claim for future rent.**

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,923.00 |
|---|---|---|---|

**C&C Produce**
PO Box 7466
Kansas City, MO 64116

Date(s) debt was incurred **2018**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business Expense**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270,000.00 |
|---|---|---|---|

**Capview Partners**
5910 N Central Expy
Suite 4400
Dallas, TX 75230

Date(s) debt was incurred **2018**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Lease for Austin Texas location. Business Expense. Potential claim for future rent.**

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check that apply. | $199.94 |
|---|---|---|---|

**Carrco**
13191 56th Court North, Suite 102
Clearwater, FL 33760

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number __

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check that apply. | $412,000.00 |
|---|---|---|---|

**Carroll Family Investments**
2340 W. Interstate 20, Suite 100
Arlington, TX 76017

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number __

Basis for the claim: **Lease for Arlington Texas location. Business Expense. Potential claim for future rent.**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,301.03 |
|---|---|---|---|

**Cawoods Produce**
2311 W Rundberg Ln #120
Austin, TX 78758

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number **Multiple accounts**

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,015.15 |
|---|---|---|---|

**Center Point Energy Services Inc**
PO Box 301149
Dallas, TX 75303-1149

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number **Multiple accounts**

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,140.72 |
|---|---|---|---|

**Chase Fire & Safety LLC**
1655 Hickory Drive Suite E
Haltom City, TX 76117

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number __

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700.00 |
|---|---|---|---|

**City of Austin - Police Dept**
Alarm Administration
PO Box 684279
Austin, TX 78768-4279

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number **Multiple accounts**

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,700.95 |
|---|---|---|---|

**City of Austin-Elec**
PO Box 2267
Austin, TX 78783-2267

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number __

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**City of Austin-Water**<br>**PO Box 2267**<br>**Austin, TX 78783-2267**<br><br>Date(s) debt was incurred  **2018**<br><br>Last 4 digits of account number  **Multiple accounts** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Expense**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,845.12** |

| | | |
|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**City of Garland**<br>**1500 Highway 66**<br>**Garland, TX 75040**<br><br>Date(s) debt was incurred  **2018**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Expense**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$835.10** |

| | | |
|---|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Comcast**<br>**PO Box 34744**<br>**Seattle, WA 98124-1744**<br><br>Date(s) debt was incurred  **2018**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Expense**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$875.15** |

| | | |
|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Contact Wireless**<br>**PO Box 3397**<br>**Albuquerque, NM 87190**<br><br>Date(s) debt was incurred  **2018**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Expense**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$547.21** |

| | | |
|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Cozzini Bros Inc**<br>**350 Howard Ave**<br>**Des Plaines, IL 60018**<br><br>Date(s) debt was incurred  **2018**<br><br>Last 4 digits of account number  **Multiple accounts** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Expense**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$205.89** |

| | | |
|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**CPS Energy**<br>**PO Box 2678**<br>**San Antonio, TX 78289-0001**<br><br>Date(s) debt was incurred  **2018**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Expense**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,145.10** |

| | | |
|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Current Electric**<br>**182 Fairlawn Dr**<br>**Hollister, MO 65672**<br><br>Date(s) debt was incurred  **2018**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Expense**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$790.47** |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,071.68 |
|---|---|---|---|

**Daniel's Plumbing & Drain Experts LLC**
8222 N Lamar Ste F-56
Austin, TX 78753

Date(s) debt was incurred **2018**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Debbie Garey**
c/o Julie O. Herrera
53 W. Jackson, Suite 1615
Chicago, IL 60604

Date(s) debt was incurred **2018**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Age Discrimination Law Suit**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,845.12 |
|---|---|---|---|

**DIRECTV**
PO Box 5006
Carol Stream, IL 60197-5006

Date(s) debt was incurred **2018**

Last 4 digits of account number **Multiple accounts**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $579.42 |
|---|---|---|---|

**Ecolab Pest Elimination**
26252 Network Pl
Chicago, IL 60673-1262

Date(s) debt was incurred **2018**

Last 4 digits of account number **Multiple accounts**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,231.89 |
|---|---|---|---|

**Element Heating & Cooling**
PO Box 111
Bolingbrook, IL 60440

Date(s) debt was incurred **2018**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $537.46 |
|---|---|---|---|

**Emergency Plumbing Service**
C/O Crestmark Bank
Drawer #2176
Troy, MI 48007-5935

Date(s) debt was incurred **2018**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,542.13 |
|---|---|---|---|

**Empire District Electric**
801 N Broadway
Cortez, CO 81321

Date(s) debt was incurred **2018**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 18-12823-t11    Doc 24    Filed 12/18/18    Entered 12/18/18 17:36:09 Page 20 of 42

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280,000.00 |
|---|---|---|---|

**Floresta Properties**
**401 Congress Avenue, Suite 2200**
**Austin, TX 78701**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim: **Lease for Austin Texas location. Business Expense. Potential claim for future rent.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,023.17 |
|---|---|---|---|

**Fox Valley Fire and Safety**
**2730 Pinnacle Drive**
**Elgin, IL 60124**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,150.40 |
|---|---|---|---|

**Freshpoint Oklahoma City**
**3100 N I-35 Service Road**
**Oklahoma City, OK 73111**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Garland Roofing**
**2607 Industrial Lane**
**Garland, TX 75041**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Gary Hillner**
**12726 Thomas Sumter**
**San Antonio, TX 78233**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $428.67 |
|---|---|---|---|

**Gaskets Direct of Texas**
**PO Box 961**
**Round Rock, TX 78680**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $221.94 |
|---|---|---|---|

**George Hay Company**
**PO Box 889**
**Springfield, MO 65801-0889**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,370.00 |
|---|---|---|---|

**Grand Natural Inc.**
135 S Lemon St, Unit D
Orange, CA 92866

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Business Expense__

Last 4 digits of account number __Multiple accounts__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,432.12 |
|---|---|---|---|

**Grand Natural Inc.**
Accounting Department
PO Box 12431
Orange, CA 92859

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Business Expense__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,432.23 |
|---|---|---|---|

**Granite Communications**
400 S. Australian Avenue, Suite 200
West Palm Beach, FL 33401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Business Expense__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $295.70 |
|---|---|---|---|

**Helget Gas Products**
PO Box 24246
Omaha, NE 68124-0246

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Business Expense__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $569.00 |
|---|---|---|---|

**Hobart Service**
PO Box 2517
Carol Stream, IL 60132-2517

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Business Expense__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $839.99 |
|---|---|---|---|

**Hobart Service**
8120 Jetstar Dr
Irving, TX 75063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Business Expense__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,845.12 |
|---|---|---|---|

**Hubworks**
3191 Red Hill Ave, Ste 100
Costa Mesa, CA 92626

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Business Expense__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108.25 |
|---|---|---|---|

**Integrity Termite and Pest Services Inc**
1515 Central Park Dr
Hurst, TX 76053

Date(s) debt was incurred **20108**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**J&J Pest Control, Inc**
7413 Burnet Rd
Austin, TX 78757

Date(s) debt was incurred **2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**Linque Management**
One Meadowlands Plaza, Ste 803
East Rutherford, NJ 07073

Date(s) debt was incurred **2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Landlord Garland. Business Expense. Potential Claim for future rent.**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224.00 |
|---|---|---|---|

**Liquid Environmental Solutions**
PO Box 733372
Dallas, TX 75373-3375

Date(s) debt was incurred **2018**

Last 4 digits of account number **Multiple accounts**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.36 |
|---|---|---|---|

**Lucky Plumbing**
PO Box 1483
Hollister, MO 65673

Date(s) debt was incurred **2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,461.21 |
|---|---|---|---|

**Marmic Fire & Safety Co. Inc.**
PO Box 1939
Lowell, AR 72745

Date(s) debt was incurred **2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,095.31 |
|---|---|---|---|

**Mid American Energy Services, LLC**
PO Box 8019
Davenport, IA 52808-8019

Date(s) debt was incurred **2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400,000.00 |

**Midwest LAC Investment Co**
**100 Prairie Dunes Drive, Suite 200**
**Branson, MO 65616**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim:  **Business Expense. Landlord Branson.  Potential Claim for Future Rent.**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $625.90 |

**Mission Uniform & Linen**
**1010 Avenue R**
**Grand Prairie, TX 75050-1505**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,324.81 |

**Mona Cope,  County Collector**
**PO Box 278**
**Forsyth, MO 65653**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,000.00 |

**NuCO2**
**PO Box 417902**
**Boston, MA 02241-7902**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number  **Multiple accounts**

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $665.54 |

**Oklahoma Natural Gas Co**
**PO Box 219296**
**Kansas City, MO 64121-9296**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,416.86 |

**Patterson Foods**
**8905 Forum Way**
**Fort Worth, TX 76140-5018**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number  **Multiple accounts**

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Public Service Company of OK**
**PO Box 24421**
**Canton, OH 44701-4421**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

Case 18-12823-t11    Doc 24    Filed 12/18/18    Entered 12/18/18 17:36:09 Page 24 of 42

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,288.12 |
|---|---|---|---|

**Reliant Plumbing**
129 Golf Crest Cove
Austin, TX 78734

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,288.12 |
|---|---|---|---|

**Republic Services #394**
PO Box 9001099
Louisville, KY 40290-1099

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,210.12 |
|---|---|---|---|

**Republic Services #721**
PO Box 9001154
Louisville, KY 40290-1154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number  **Multiple accounts**

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $873.56 |
|---|---|---|---|

**Republic Services #794**
PO Box 78829
Phoenix, AZ 85062-8829

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,727.79 |
|---|---|---|---|

**Republic Services #843**
PO Box 78829
Phoenix, AZ 85062-8829

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number  **Multiple accounts**

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Reynolds, Hix & Co., P.A.**
6729 Academy Rd NE, Suite D
Albuquerque, NM 87109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,881.93 |
|---|---|---|---|

**Richardson Fire Equipment Co.**
PO Box 835724
Richardson, TX 75083

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number __

Basis for the claim:  **Default Judgment**

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,653.23 |
|---|---|---|---|
| | **Rooterman of Austin**<br>**15503 Patrica St**<br>**Austin, TX 78728** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Business Expense** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.00 |
|---|---|---|---|
| | **S&S Pumping Inc.**<br>**107 Summit Point**<br>**Chestnutridge, MO 65630** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Business Expense** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,857.17 |
|---|---|---|---|
| | **San Antonio Water System**<br>**PO Box 2990**<br>**San Antonio, TX 78299-2990** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Business Expense** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,520.18 |
|---|---|---|---|
| | **Summit Natural Gas of Missouri, Inc**<br>**PO Box 219030**<br>**Kansas City, MO 64121-9030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Business Expense** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $203.01 |
|---|---|---|---|
| | **Sunbelt Rentals, Inc.**<br>**PO Box 409211**<br>**Atlanta, GA 30384-9211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Business Expense** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123.21 |
|---|---|---|---|
| | **Superior Linen Service**<br>**6959 E 12th St**<br>**Tulsa, OK 74112-5605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Business Expense** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850.00 |
|---|---|---|---|
| | **Technology Resource Center of America**<br>**PO Box 202056**<br>**Dallas, TX 75320-2056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2018__ | | |
| | Last 4 digits of account number __Multiple accounts__ | Basis for the claim:  **Business Expense** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**Terra Nova Landscape Co**
PO Box 35744
Tulsa, OK 74153-0744

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Business Expense**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$430.00** |
|---|---|---|---|

**Texas Total Hood Cleaning**
4502 Merle Dr
Austin, TX 78745

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Business Expense**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$517.17** |
|---|---|---|---|

**Time Warner Cable**
PO Box 60074
City of Industry, CA 91716-0074

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Business Expense**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,907.52** |
|---|---|---|---|

**Titus Electrical Contracting, LP**
1821 Central Commerce Ct
Round Rock, TX 78664

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Business Expense**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$210,000.00** |
|---|---|---|---|

**TKG Management**
211 N. Stadium Blvd., Suite 201
Columbia, MO 65203

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number **Multiple accounts**

Basis for the claim: **Business Expense. Landlord Owasso. Potential claim for future rent.**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$528.94** |
|---|---|---|---|

**Tri-Point Refrigeration, Inc.**
520 CR108 Ste 9
Hutto, TX 78634

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Business Expense**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$856.62** |
|---|---|---|---|

**US Oxygen Supply**
PO Box 69016
Baltimore, MD 21264-9016

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number **Multiple accounts**

Basis for the claim: **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Village of Crestwood**
13840 S CICERO AVE
Crestwood, IL 60418

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim: **Business Expense**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Waste Management of Texas, Inc**
PO Box 660345
Dallas, TX 75266-0345

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim: **Business Expense**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $857.39 |
|---|---|---|---|

**WC of Texas**
PO Box 742695
Cincinnati, OH 45274-2695

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim: **Business Expense**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,111.15 |
|---|---|---|---|

**Windstream**
PO Box 9001013
Louisville, KY 40290-1013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number _

Basis for the claim: **Business Expense**

Is the claim subject to offset? ☐ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 2,450,108.00 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 2,450,108.00 |

In re   **Creative Foods, LLC a New Mexico Limited Liability Company**      Case No.     

Debtor(s)

## SCHEDULE E/F - CREDITORS WHO HAVE UNSECURED CLAIMS
**Attachment A**

## SCHEDULE E/F - CREDITORS WHO HAVE UNSECURED CLAIMS
### Attachment A

Fill in this information to identify the case:

Debtor name **Creative Foods, LLC a New Mexico Limited Liability Company**

United States Bankruptcy Court for the: DISTRICT OF NEW MEXICO

Case number (if known) **18-12823**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Crestwood Texas Land and Cattle** | |
| | State the term remaining | **06/01/2021** | **Brixmor Corp One Fayette Street #150 Conshohocken, PA 19428** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Stassney Texas Land and Cattle** | |
| | State the term remaining | **01/01/2023** | **Capview Partners 5910 N Central Expy Suite 4400 Dallas, TX 75230** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Arlington Texas Land and Cattle** | |
| | State the term remaining | **06/01/20122** | **Carroll Family Investments 2340 W. Interstate 20, Suite 100 Arlington, TX 76017** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Lakeline Texas Land and Cattle** | |
| | State the term remaining | **10/01/2022** | **Floresta Properties 401 Congress Avenue, Suite 2200 Austin, TX 78701** |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease - Texas Land and Cattle, Garland, TX.** | |
|---|---|---|---|
| | State the term remaining | **01/01/2022** | **Linque Management** |
| | List the contract number of any government contract | | **One Meadowlands Plaza, Ste 803** |
| | | | **East Rutherford, NJ 07073** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Branson Texas Land and Cattle** | |
|---|---|---|---|
| | State the term remaining | **08/01/2032** | **Midwest LAC Investment Co** |
| | List the contract number of any government contract | | **100 Prairie Dunes Drive, Suite 200** |
| | | | **Branson, MO 65616** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Owasso Texas Land and Cattle** | |
|---|---|---|---|
| | State the term remaining | **11/0/2019** | **TKG Management** |
| | List the contract number of any government contract | | **211 N. Stadium Blvd., Suite 201** |
| | | | **Columbia, MO 65203** |

**Fill in this information to identify the case:**

Debtor name    **Creative Foods, LLC a New Mexico Limited Liability Company**

United States Bankruptcy Court for the:    DISTRICT OF NEW MEXICO

Case number (if known)    **18-12823**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Fill in this information to identify the case:

Debtor name **Creative Foods, LLC a New Mexico Limited Liability Company**

United States Bankruptcy Court for the: DISTRICT OF NEW MEXICO

Case number (if known) **18-12823**

☐ Check if this is an
    amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

    ■ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Mark A. Thomas d/b/a Richardson Fire Equipment, Plaintiff,**<br>**v.**<br>**Creative Foods, LLC, Defendant.**<br>**CC-18-05116-B** | **Civil Debt and Money Due** | **County Court, at Law No. 2 Dallas County, Texas** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. **The Midwest LAC Investment Company, LLC, Plantiff,**<br>**vs.**<br>**Creative Foods, LLC, Defendant.**<br>**1846-AC01394** | **Civil Rent and Possession** | **Circuit Court of Taney County Missouri** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Alsco, Inc. Plaintiff,**<br>**vs.**<br>**Creative Foods, LLC, d/b/a TX Land & Cattle, Lonestar Steakhouse, Defendant.**<br>**D-202-CV-2018-07800** | **Civil Complaint for Damages** | **Second Judicial District Bernalillo Albuquerque, NM 87102** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Debbie Garey v. Creative Foods**<br>**1:18-cv-04735** | **Age Discrimination** | **US District Court Northern District of Illinoit** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 18-12823-t11   Doc 24   Filed 12/18/18   Entered 12/18/18 17:36:09 Page 35 of 42

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |
| **Merchandise, Miscellanouse Restaurant Equipment Stolen by Employee.  Texas Land and Cattle Riverwalk** | $ -0- | **12/05/2017** | **$2,500.00** |
| **Merchandise, Miscellanous Restaurant Equipment Stolen by employee.  Texas Land and Cattle Arlington** | $ -0- | **04/12/22018** | **$5,000.00** |

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **NM Financial Law, P.C.<br>320 Gold Avenue SW, Suite 1401<br>Albuquerque, NM 87102-3299** | **Attorney Fees** | **11/08/2018** | **$12,000.00** |
| | **Email or website address<br>nmfl@nmfinanciallaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Case 18-12823-t11    Doc 24    Filed 12/18/18    Entered 12/18/18 17:36:09 Page 36 of 42

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

---

**Part 7:**  **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

---

**Part 8:**  **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

---

**Part 9:**  **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Extra Storage Place**<br>**2631 S. Capital of Texas Hwy**<br>**Austin, TX 78746** | **Art Carrasco** | **Restaurant Furniture and Equipment** | ☐ No<br>■ Yes |

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 18-12823-t11    Doc 24    Filed 12/18/18    Entered 12/18/18 17:36:09 Page 38 of 42

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Annette L. Tonell**<br>**6757 Academny Road NE, Suite A**<br>**Albuquerque, NM 87109** | **04/2018 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Annette Tonell** | |
| 26c.2.    **Stacy Williams** | |
| 26c.3.    **Art Carrasco** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Case 18-12823-t11    Doc 24    Filed 12/18/18    Entered 12/18/18 17:36:09 Page 39 of 42

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Art Carrasco | 6100 Seagul Street, Suite B-103 Albuquerque, NM 87109 | Chief Executive Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert S. Williams | 6100 Seagul Street, Suite B-103 Albuquerque, NM 87102 | Chief Operating Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Annette Tonell | 6100 Seagull Street, Suite B-103 Albuquerque, NM 87109 | Cheif Financial Officer | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Teresa Thorsted | | CFO | 08/2017 - 03/2018 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Ali Ishak | | Director of Marketing | 01/2018 - 09/30/2018 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 18-12823-t11    Doc 24    Filed 12/18/18    Entered 12/18/18 17:36:09 Page 40 of 42

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 18, 2018**

**/s/ Robert Stacy Williams**                 **Robert Stacy Williams**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Chief Operating Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■. No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

# United States Bankruptcy Court
## District of New Mexico

In re   **Creative Foods, LLC a New Mexico Limited Liability Company**

Case No.   **18-12823**

Debtor(s)     Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **Chief Operating Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 18, 2018**

Signature   **/s/ Robert Stacy Williams**
                   **Robert Stacy Williams**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.